## SAUNDERS, by her next friend v. SAUNDERS.

Wife filed a bill for divorce *a mensa et thoro*; and applied for temporary alimony and money to carry on suit. Opposed, on the ground of her habitual drunkenness and having $2 a week allowed her by the husband. Reference ordered to ascertain whether $2 a week was enough and whether she could be entrusted with money.

Bill by wife for divorce *a mensa et thoro*, who now applied for temporary alimony and an advance to carry on the suit. Affidavits in opposition, showing habitual drunkenness and an arrangement between the parties that the wife should live apart from the husband and be allowed two dollars a week.

*Sept.* 14, 1835.

*Practice.*
*Divorce.*
*Temporary*
*alimony.*

Mr. *H. M. Western*, for the applicant.

Mr. *F. B. Cutting*, for the defendant.

THE VICE-CHANCELLOR :—The bill charges ill-treatment, by turning the wife out of doors. It appears that the husband caused a notice to be served upon the wife warning her not to enter his house. These parties have brought up a family; and nothing appears to have occurred for some years. But now the wife, who files the bill, has become grossly intemperate—is a common drunkard. This plainly appears from the opposing affidavits. I do not consider it correct, on the part of the husband, to have served the notice he has done. Still, I cannot overlook the drunkenness of the wife. It may not be safe to entrust her with money for board, because she may apply it to a very different purpose ; and it may be that the two dollars a week allowed by the husband is sufficient under the circumstances.

Let a reference be had to Master Cambreleng, to ascertain whether two dollars a week is a suitable allowance or what sum is proper to be advanced for the support of the complainant pending this suit ; and whether she is fit to be entrusted with the money and would be likely to make a proper use of it for her support.   All further directions—including the question of an advance to her solicitor—are reserved until the coming in of the report.